Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Maria S. Molina

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIA S. MOLINA, | ) | Case No.: 2:13-cv-01895-RZ |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER AWARDING |
| | ) | EQUAL ACCESS TO JUSTICE ACT |
| vs. | ) | ATTORNEY FEES AND EXPENSES |
| | ) | PURSUANT TO 28 U.S.C. § 2412(d) |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,500.00 as

authorized by 28 U.S.C. § 2412 be awarded to Plaintiff. subject to the terms of the

Stipulation.


DATE:   March 03, 2014

_____
THE HONORABLE RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

-1-

1   Respectfully submitted,

2   LAW OFFICES OF Lawrence D. Rohlfing

3        /s/ Steven G. Rosales

4   _____
    Steven G. Rosales
5   Attorney for plaintiff Maria S. Molina

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26